# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Carmen Waite**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00373-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Perfect Fit Industries, LLC**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court on Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 30, 2017 Order.

August 30, 2017

_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court